UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANTHONY MICHEAL BRADY,

Plaintiff

v.

BENJAMIN ESTILL, *et al*.,

Defendants

Case No. 3:20-cv-174-RCJ-WGC

**ORDER**

## I.     DISCUSSION

Plaintiff, who is an inmate in the custody of the Nevada Department of Corrections ("NDOC"), has submitted a civil rights complaint under 42 U.S.C. § 1983. (ECF No. 1-1). Plaintiff has neither paid the full filing fee for this matter nor filed an application to proceed *in forma pauperis*.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* on this Court's approved form and attach both an inmate account statement for the past six months and a properly executed financial certificate. Plaintiff has submitted a completed Financial Certificate and Inmate Account Statement at ECF No. 1-2, however, Plaintiff has not submitted an application to proceed *in forma pauperis* on this Court's approved form. The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved. Plaintiff will be granted an opportunity to file an application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action. If Plaintiff chooses to file an application to proceed *in forma pauperis*, he must file a fully complete application to proceed *in forma pauperis* on this Court's approved form, including both an inmate account statement for the past six months and a properly executed financial certificate.

## II.     CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court WILL SEND

Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **sixty (60) days** from the date of this order, Plaintiff must either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint (ECF No. 1-1) but will not file it at this time.

DATED: _March 20, 2020_____

_William G. Cobb_____
UNITED STATES MAGISTRATE JUDGE

- 2 -