# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY MICHAEL BRADY,<br><br>                    Plaintiff,<br><br> v.<br><br>BENJAMIN ESTILL, et al.,<br><br>                    Defendants. | 3:20-cv-00174-RCJ-CSD<br><br>**ORDER**<br><br>Re: ECF No. 26 |

Before the court is Plaintiff's Motion for Extension of Time to Complete Discovery (ECF No. 26). Defendants have responded to Plaintiff's motion (ECF No. 28).

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time to Complete Discovery (ECF No. 26) is **GRANTED** to the extent that the court establishes new deadlines relative to the Scheduling Order as follows:

    Discovery in this action shall be completed on or before **April 5, 2023**.
    Deadline to extend discovery: **March 15, 2023.**
    Discovery motions shall be filed and served no later than **April 20, 2023**.
    Dispositive motions shall be filed and served no later than **May 5, 2023**.
    The Joint Pretrial Order shall be filed no later than **June 5, 2023**. If a dispositive motion is filed, the Joint Pretrial Order shall be due **thirty (30) days** after a decision on the dispositive motion.

DATED:  January 6, 2023.

_C S_ (signature)

_____
UNITED STATES MAGISTRATE JUDGE