UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY MICHAEL BRADY, | Case No.: 3:20-CV-00174-RCJ-CSD |
| Plaintiff, | ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 38) |
| vs. | |
| BENJAMIN ESTILL, et al., | |
| Defendants. | |

Before the Court is the Report and Recommendation of United States Magistrate Judge (ECF No. 38[1]) entered on September 22, 2023, recommending that the Court grant Defendants' motion for summary judgment (ECF No. 31).

Plaintiff filed his objections to Magistrate Judge's Report and Recommendation (ECF No. 39) on October 11, 2023,[2] Defendants filed a response to Plaintiff's objections (ECF No. 40) on October 25, 2023.

This action was referred to Magistrate Judge Denney under 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR IB 1-4.

---

[1] Refers to Court's docket number.
[2] The Court acknowledges that Plaintiff's objections were filed after the deadline to object. Even so, the Court will still consider the merits of the objections.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties including the objections to the Report and Recommendation and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR IB 3-2(b).

**IT IS HEREBY ORDERED** that United States Magistrate Judge Denney's Report and Recommendation (ECF No. 38) shall be **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 31) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment in this matter and close the case.

**IT IS SO ORDERED.**

DATED this 31ST day of October 2023.

_____
ROBERT C. JONES
Senior United States District Judge